UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

**FILED**

APR 20 2000

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| AMINU BALARABE, et al., | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 4:92CV2219JCH |
| MCDONNELL DOUGLAS CORP., | ) |
| Defendant(s). | ) |

## ORDER

Upon review of the file, the Court notes the final order of the U.S. Court of Appeals was entered September 28, 1994 ;

IT IS HEREBY ORDERED that the parties retrieve the documents filed under seal January 26, 1993 and February 12, 1993 within 20 days of the date of this order. Failure to retrieve the documents will result in the documents being returned to the public court file.

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of April, 2000

```
           UNITED STATES DISTRICT COURT -- EASTERN MISSOURI
                      INTERNAL RECORD KEEPING
```

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 04/21/00 by cabrams
             4:92cv2219    Balarabe vs McDonnell-Douglas

28:1332 Diversity-Wrongful Death


Robert Borden -
c/o International Law Offices
13419 Madadam Road South
Seattle, WA   98168


Ernest Cory -
JOHNSON AND CORY
300 21st Street, N.
Birmingham, AL   35203

Randy Mariani -  10558          Fax: 314-694-2965

SCANNED & FAXED BY:
APR 2 1 2000
C. L. F.